**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 26-346

Caption [use short title]

Motion for: Removal of Appeal from Expedited Appeal Calendar and to Set New Briefing Schedule

Set forth below precise, complete statement of relief sought:

Appellant respectfully requests that the Court remove this appeal from the Expedited Appeal Calendar pursuant to L.R. 27.1(f) and 31.2(b)(2) and set the due date date for Appellant's opening brief as May 28, 2026 in accordance with L.R. 31.2(a)(1)(A).

Xie v. Nano Nuclear Energy, Inc.

MOVING PARTY: Plaintiff-Appellant

OPPOSING PARTY: Defendant-Appellees

☑ Plaintiff  ☐ Defendant

☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Tamar Weinrib

OPPOSING ATTORNEY: Eric N. Landau

[name of attorney, with firm, address, phone number and e-mail]

Pomerantz LLP

660 3rd Ave., 20th Fl. New York, NY 10016

212-661-1100; taweinrib@pomlaw.com

Ellenoff Grossman & Schole LLP

949 South Coast Drive, Suite 200, Costa Mesa, CA 92626

949-416-3100; elandau@egsllp.com

Court- Judge/ Agency appealed from: Southern District of New York, Judge Jesse M. Furman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): 

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☑ No  If yes, enter date: 

**Signature of Moving Attorney:**

/s/ Tamar A. Weinrib  Date: 03/04/2026  Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| HONGYU XIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NANO NUCLEAR ENERGY, INC., JAY YU, JAMES WALKER, AND JAISON GARCHA<br><br><br>Defendants. | Case No. 26-346<br><br><br>**DECLARATION OF TAMAR A. WEINRIB, ESQ. IN SUPPORT OF APPELLANT'S MOTION FOR REMOVAL OF APPEAL FROM THE EXPEDITED APPEAL CALENDAR AND TO SET A NEW BRIEFING SCHEDULE** |

**DECLARATION OF TAMAR A. WEINRIB, ESQ.**

1.      I am a partner at Pomerantz LLP, located at 600 Third Avenue, New York, NY 10016. We represent Plaintiff-Appellant Hongyu Xie ("Appellant") in this appeal. I submit this Declaration in support of Appellant's motion, pursuant to Local Rules 27.1(f) and 31.2(b)(2), to remove this appeal from the Court's Expedited Appeals Calendar and to reset the date for the opening brief to May 28, 2026 (91 days from the date of the submission of the Form D), in accordance with Local Rule 31.2(a)(1)(A).

2.      I am over twenty-one years of age and I am fully competent to make this Declaration. I am a member in good standing of the Bar of this Honorable Court. I have personal knowledge of the facts set forth in this Declaration.

3.      On March 4, 2026, the Court entered a Notice of Expedited Appeal, *sua sponte*, placing this appeal on the Court's Expedited Appeals Calendar, setting the filing deadline for Appellant's brief as April 8, 2026 and Appellees' brief as May 13, 2026, and stating that extensions of the briefing deadlines would not be granted "absent extraordinary circumstances." *See* ECF. No. 14.1.

4. Under Local Rule 31.2(b)(2), a party "for good cause shown" may move to remove an appeal placed on the expedited calendar. If the court grants the motion, briefing will proceed under Local Rule 31.2(a)(1) to (3).

5. Appellant respectfully submits that this appeal should be removed from the Expedited Appeals Calendar and that the deadline for its opening brief should instead be set at May 28, 2026 (a date permitted by Local Rule 31.2(a)(1)(A) for cases not placed on the Expedited Appeals Calendar), for the following reasons:

(a) *First*, the requested extension of time is generally reasonable and proposes a date otherwise contemplated by this Court's rules and procedures.

(b) *Second*, the requested extension of time will not cause any prejudice to Defendants-Appellees or their counsel. Defendants-Appellees have advised Plaintiff-Appellant that they will not oppose this motion, and the requested extension will not materially impact this Court's efforts to hear and decide cases expeditiously or undermine the Court's interest in judicial efficiency.

(c) *Third*, this case is a securities class action asserting claims for violations of the Securities Exchange Act of 1934. Though this appeal arises from the grant of a Fed. R. Civ. P. 12(b)(6) motion to dismiss, the case implicates complex issues of securities fraud. The operative complaint is 92 pages long with 251 numbered paragraphs and is subject to heightened pleading standards.

(d) *Fourth*, because the record in this case is complex, presenting multiple legal and factual issues, counsel believes good cause exists to remove this appeal from the Expedited Appeals Calendar. Moreover, the questions presented in this appeal are subject to *de novo* review, where this Court will not defer to the reasoning and decision of the district court, which counsels against expedited calendaring here.

6. Plaintiff-Appellant submits that it has filed this motion as soon as practicable, and promptly, as required by Local Rules 27.1(f)(3) and 31.2(b)(2). This motion has been filed the same day the Parties received the Notice of Expedited Appeal. ECF No. 14.1.

7. Under these circumstances, Appellant respectfully requests that this appeal be removed from the Expedited Appeals Calendar, in accordance with Local Rules 31.2(b)(2) and 27.1(f)(1). Appellant has made no prior request for similar relief. *See* Local Rule 27.1(f)(2).

8. Should the Court grant this motion, Appellant respectfully requests that the deadline for his opening appellate brief be set at May 28, 2026 (91 days from the date of the filing of Form D), in accordance with Local Rule 31.2(a)(1)(A).

9. In accordance with Local Rule 27.1(b), counsel for Appellant has conferred with counsel for Defendants-Appellees, who have indicated that they will not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of March, 2026.

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed this Declaration of Tamar A. Weinrib in Support of Appellant's Motion to Remove the Appeal from the Expedited Calendar and Set a New Briefing Schedule on March 4, 2026 with the Clerk of the United States Court of Appeals for the Second Circuit by using the CM/ECF system, which will send notification of such filing to all counsel.

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib

4